# **RETURN OF SERVICE**

UNITED STATES DISTRICT COURT
Western District of Tennessee

Case Number: 23CV2050-TLP

Plaintiff:
**HYC LOGISTICS,INC**

vs.

Defendant:
**OJCOMMERCE,LLC D/B/A OJ COMMERCE,LLC AND JACOB WEIIS, INDIVIDUALLY,**

For:
Kahane Joshua
GLANKLER BROWN PLLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119

Received by PRO PROCESS SERVER & COURIER SERVICES, INC on the 28th day of February, 2023 at 7:56 am to be served on **JACOB WEISS, 3076 NORTH COMMERCE PKWY, MIRAMAR, FL 33025**.

I, Ramon Almonte, do hereby affirm that on the **9th day of March, 2023** at **7:30 pm, I:**

**SUBSTITUTE** served by delivering a true copy of the **SUMMONS AND COMPLAINT WITH EXHIBITS.** with the date and hour of service endorsed thereon by me, to: **Odelia Sholmay** as **Wife/Co Resident** at the alternate address of: **9559 Collins Avenue, Unit 402, Surfside, FL 33154**,  the within named person's usual place of **Abode**, who resides therein, who is fifteen (15) years of age or older and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
2/28/2023  10:16 am  Attempted Service at 3076 NORTH COMMERCE PKWY, Per front desk employee Jacob Weiss is not in the office does not have a set schedule.
3/2/2023  3:42 pm  Attempted Service at 3076 NORTH COMMERCE PKWY, Per front desk employee Jacob Weiss is not in the office does not have a set schedule.
3/9/2023  3:16 pm  Attempted Service at 3076 NORTH COMMERCE PKWY, Per front desk employee Jacob Weiss is not in the office does not have a set schedule.

I certify that I am over the age of 18, have no interest in the above action, and am a Certified Process Server, in good standing, in the judicial circuit in which the process was served.

**Ramon Almonte**
1790

**PRO PROCESS SERVER & COURIER SERVICES, INC**
**2311 FLAMINGO DRIVE**
**MIRAMAR, FL 33023**
**(305) 303-2609**

Our Job Serial Number: IVN-2023000223