# RETURN OF SERVICE

UNITED STATES DISTRICT COURT
Western District of Tennessee

Case Number: 23CV2050-TLP

Plaintiff:
**HYC LOGISTICS,INC**

vs.

Defendant:
**OJCOMMERCE,LLC D/B/A OJ COMMERCE,LLC AND JACOB WEIIS, INDIVIDUALLY,**

For:
Kahane Joshua
GLANKLER BROWN PLLC
6000 Poplar Avenue
Suite 400
Memphis, TN 38119

Received by PRO PROCESS SERVER & COURIER SERVICES, INC on the 28th day of February, 2023 at 7:56 am to be served on **OJCommerce,LLC, D/B/A OJ COMMERCE,LLC, RA; JACOB WEISS, 3076 NORTH COMMERCE PKWY, MIRAMAR, FL 33025**.

I, Ramon Almonte, do hereby affirm that on the **10th day of March, 2023** at **11:00 am, I:**

served a **CORPORATION** by delivering a true copy of the **SUMMONS AND COMPLAINT WITH EXHIBITS.** with the date and hour of service endorsed thereon by me, to: **Leslie Ordeo** as **Employee** for **OJCommerce,LLC, D/B/A OJ COMMERCE,LLC, RA; JACOB WEISS**, at the address of: **3076 NORTH COMMERCE PKWY, MIRAMAR, FL 33025**, and informed said person of the contents therein, in compliance with state statutes.

**Additional Information pertaining to this Service:**
2/28/2023  10:16 am  Attempted Service at 3076 NORTH COMMERCE PKWY, Per front desk employee Jacob Weiss is not in the office does not have a set schedule, no other manager available.
3/2/2023  3:42 pm  Attempted Service at 3076 NORTH COMMERCE PKWY, Per front desk employee Jacob Weiss is not in the office does not have a set schedule, no other manager available.
3/9/2023  3:15 pm  Attempted Service at 3076 NORTH COMMERCE PKWY, Per front desk employee Jacob Weiss is not in the office does not have a set schedule, no other manager available.

I certify that I am over the age of 18 and have no interest in the above action.

**Ramon Almonte**

PRO PROCESS SERVER & COURIER SERVICES, INC
**2311 FLAMINGO DRIVE
MIRAMAR, FL 33023
(305) 303-2609**

Our Job Serial Number: IVN-2023000224