

# FLORIDA DEPARTMENT OF STATE
Division of Corporations

March 22, 2023

Mandi Benson

Pursuant to Chapter 48.062 Florida Statutes, substitute service of process was accepted for OJCOMMERCE, LLC d/b/a OJ COMMERCE, LLC in case number 2:23-cv-02050 and was filed on March 17, 2023 at 10:26 AM.

> Plaintiff(s)
> HYC Logistics, Inc.
> v.
> Defendant(s)
> OJCommerce, LLC d/b/a OJ Commerce, LLC, and Jacob Weiss, Individually

The Secretary of State does not forward documentation to the defendant. All inquiries on behalf of this defendant should be made to the attorneys involved.

Bradley J. Beech
Processor of Service

Division of Corporations
P.O. Box 6327, Tallahassee, Florida 32314

---

Letter No. 230317007SOP.01