UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

HYC LOGISTICS INC,   Case No. 2:23-cv-02050
    *Plaintiff*

vs.

OJCOMMERCE, LLC, et al.,
    *Defendants*
_____/

**DECLARATION OF JACOB WEISS IN SUPPORT OF HIS MOTION TO DISMISS**

I, Jacob Weiss, do hereby state and declare as follows:

1. I am over the age of eighteen and have personal knowledge of the facts described below. I am submitting this Declaration in Support of my Motion to Dismiss.

2. I am not a resident of the State of Tennessee, nor have I ever been. I am a resident of the State of Florida.

3. I do not own, nor have I ever owned, any real property in the State of Tennessee.

4. I have not personally transacted any business in the State of Tennessee.

5. I have never personally contracted to supply services or things in the State of Tennessee.

6. I have not caused a tortious injury by any act or omission in the State of Tennessee.

7. I have not personally done or solicited business in the State of Tennessee.

8. I am not an officer or director of a corporation or other business entity in the State of Tennessee.

9. I did not sign the purported contract between HYC Logistics, Inc. and OJ Commerce, LLC as an individual.

10. All actions that I have taken with respect to OJ Commerce, LLC's business with HYC Logistics, Inc. were done as part of my scope of work for and on behalf of OJ Commerce, LLC, not as an individual.

11. I have never personally sued anyone in the State of Tennessee.

12. All interactions that I had on behalf of OJ Commerce, LLC with HYC Logistics, Inc. were with its representations in Israel or the State of New Jersey.

13. All shipping containers related to this dispute were located in California and never in the State of Tennessee. All alleged trucking services that HYC Logistics, Inc. or its agents did with respect to OJ Commerce, LLC's containers, which are the subject of Plaintiff's Complaint, took place in California.

14. I have never met with or visited HYC Logistics, Inc. in the State of Tennessee.

15. I, as an individual, never sent any emails or made any phone calls to HYC Logistics, Inc. in the State of Tennessee. In fact, I believe all the emails I sent to HYC Logistics, Inc. on behalf of OJ Commerce, LLC were to persons located outside the State of Tennessee, such as in Israel and the State of New Jersey.

**I DECLARE UNDER PENALTY OF PERJURY UNDER THE LAWS OF THE UNITED STATES OF AMERICA THAT THE FOREGOING IS TRUE AND CORRECT.**

Dated: March 30, 2023          By: _____
                                    Jacob Weiss

3

**CERTIFICATE OF TRANSMITTAL / SERVICE**

      I HEREBY certify that on March 30, 2023, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF, and served this document upon Plaintiff's counsel of record.

                                    /s/Shlomo Y. Hecht
                                    Shlomo Y. Hecht