| Container No. | Item No. | Description | Specs | Price | Units | Total |
|---|---|---|---|---|---|---|
| FBLU0221540 | 17203 | Carly 6-Drawer Office Storage Cabinet  by Naomi Home | Color:White | $ 139.97 | 506 | $ 70,824.82 |
| FBLU0221540 | 17211C | Carly 6-Drawer Office Storage Cabinet  by Naomi Home | Color:Black | $ 144.97 | 240 | $ 34,792.80 |
| UETU5851068 | 81303 | Elani Contemporary Two-Tone Desk  by Naomi Home | Accent:Natural,Finish:White | $ 249.99 | 86 | $ 21,499.14 |
| UETU5851068 | 81304B | Elani Contemporary Two-Tone Desk  by Naomi Home | Accent:Natural,Finish:Espresso | $ 249.99 | 129 | $ 32,248.71 |
| UETU5851068 | 81311C | Elani Contemporary Two-Tone Desk  by Naomi Home | Accent:Natural,Finish:Black,Top:Black | $ 249.99 | 86 | $ 21,499.14 |
| UETU5851068 | 81377D | Elani Contemporary Two-Tone Desk  by Naomi Home | Accent:White,Finish:Robin Egg Blue | $ 249.99 | 43 | $ 10,749.57 |
| UETU5851068 | 81311-01 | Elani Contemporary Two-Tone Desk  by Naomi Home | Accent:Natural,Finish:Black,Table Top Finish:Natural | $ 249.99 | 86 | $ 21,499.14 |
| GLDU7208342 | 18307 | Marisa Genuine Leather Sofa - Parts | Color:Gray,Part:Carton 1 | $ 215.13 | 80 | $ 17,210.40 |
| GLDU7208342 | 18378 | Marisa Genuine Leather Sofa - Parts | Color:Tan,Part:Carton 1 | $ 216.58 | 30 | $ 6,497.40 |
| MSMU5351302 | 49507 | Naomi Home Claire Loveseat - PARTS | Box:Carton 1,Color:Gray,Part:Loveseat | $ 70.27 | 63 | $ 4,427.01 |
| MSMU5351302 | 49607 | Naomi Home Claire Loveseat - PARTS | Box:Carton 2,Color:Gray,Part:Loveseat | $ 189.72 | 63 | $ 11,952.36 |
| MSMU5351302 | 49514 | Naomi Home Claire Loveseat - PARTS | Box:Carton 1,Color:Cream,Part:Loveseat | $ 69.75 | 33 | $ 2,301.75 |
| MSMU5351302 | 49614 | Naomi Home Claire Loveseat - PARTS | Box:Carton 2,Color:Cream,Part:Loveseat | $ 190.24 | 33 | $ 6,277.92 |
| MSMU5351302 | 49807 | Naomi Home Claire Accent Chair - PARTS | Box:Carton 1,Color:Gray,Part:Chair | $ 65.69 | 50 | $ 3,284.50 |
| MSMU5351302 | 49907 | Naomi Home Claire Accent Chair - PARTS | Box:Carton 2,Color:Gray,Part:Chair | $ 116.81 | 50 | $ 5,840.50 |
| MSMU5351302 | 49814 | Naomi Home Claire Accent Chair - PARTS | Box:Carton 1,Color:Cream,Part:Chair | $ 65.81 | 30 | $ 1,974.30 |
| MSMU5351302 | 49914 | Naomi Home Claire Accent Chair - PARTS | Box:Carton 2,Color:Cream,Part:Chair | $ 117.83 | 30 | $ 3,534.90 |
| WHSU5838796 | 54403 | Parker 5 Drawer Office File Cabinet by Naomi Home | Finish:White | $ 56.79 | 600 | $ 34,074.00 |
| WHSU5838796 | 54493 | Parker 5 Drawer Office File Cabinet by Naomi Home | Finish:Chestnut | $ 99.99 | 600 | $ 59,994.00 |
| WHSU6598895 | 26711 | Kimball Electric Fireplace | Color:Black,Size:40 inches | $ 194.99 | 80 | $ 15,599.20 |
| WHSU6598895 | 26711-01 | Kimball Electric Fireplace | Color:Black,Size:50 inches | $ 219.99 | 120 | $ 26,398.80 |
| WHSU6598895 | 26711-02 | Kimball Electric Fireplace | Color:Black,Size:60 inches | $ 259.99 | 260 | $ 67,597.40 |
| WHSU6872630 | 65902 | Rustic Floor Mirror Framed Full Length Mirror by Naomi Home | Finish:Natural,Size:66" x 32" | $ 199.95 | 231 | $ 46,188.45 |
| WHSU6872630 | 65903 | Rustic Floor Mirror Framed Full Length Mirror by Naomi Home | Finish:White,Size:66" x 32" | $ 199.95 | 158 | $ 31,592.10 |
| WHSU6872630 | 65907 | Rustic Floor Mirror Framed Full Length Mirror by Naomi Home | Finish:Green Gray,Size:66" x 32" | $ 199.95 | 71 | $ 14,196.45 |
| FSCU6621030 | 45203 | Tufted Split Back Futon Sofa by Naomi Home | Color:White,Style:Faux Leather | $ 199.99 | 139 | $ 27,798.61 |
| FSCU6621030 | 45314 | Tufted Split Back Futon Sofa by Naomi Home | Color:Cream,Style:Linen | $ 184.99 | 86 | $ 15,909.14 |
| FSCU8375189 | 82811 | Futon Sofa with Armrest and Cupholders by Naomi Home | Color:Black | $ 249.95 | 116 | $ 28,994.20 |
| FSCU8375189 | 82803 | Futon Sofa with Armrest and Cupholders by Naomi Home | Color:White | $ 239.95 | 80 | $ 19,196.00 |
| | | | | | | $ 663,952.71 |

Ex. D