IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE

**HYC LOGISTICS, INC.,**

    **Plaintiff/Counter-Defendant**

vs.

                                         Civil Action No. 2:23-cv-02050-TLP-tmp

**OJCOMMERCE, LLC D/B/A
OJ COMMERCE, LLC AND
JACOB WEISS, INDIVIDUALLY,**

    **Defendants/Counter-Plaintiffs**

**OJCOMMERCE, LLC D/B/A
OJ COMMERCE, LLC**

    **Defendant/Counter-Plaintiff**

vs.

**ITAMAR ARONOV, URI SILVER,
562 EXPRESS, INC., ANTONIO HERNANDEZ
and DAYANA DIAZ**

    **Counter-Defendants.**

**OJ COMMERCE, LLC,**

    **Plaintiff**

vs.                                                   Civil Action No. 2:23-cv-02226-TLP-atc
                                                      CONSOLIDATED

**562 EXPRESS, INC.,**

    **Defendant.**

### DEFENDANTS' URI SILVER, ITAMAR ARONOV, ANTONIO HERNANDEZ, AND DAYANA DIAZ'S JOINT MOTION TO DISMISS

**COME NOW**, putative Defendants, Uri Silver ("Silver"), Itamar Aronov ("Aronov"), Antonio Hernandez ("Hernandez"), and Dayana Diaz ("Diaz") (together here, the "Defendants"), pursuant to Fed. R. Civ. P. 9(b) and 12, by and through undersigned counsel of record, and file

this Joint Motion to Dismiss the claims purportedly brought against each them, as individuals, by Plaintiff, OJCommerce, LLC d/b/a OJ Commerce, LLC ("OJ Commerce").  For the reasons stated herein, including those in their Memorandum of Law filed contemporaneously herewith, as well as all others discerned by the Court, OJ Commerce's claims against the Defendants should be dismissed with prejudice for the following reasons:

1. OJ Commerce has failed to establish personal jurisdiction over the Defendants, and OJ Commerce's Counterclaim against them must therefore be dismissed pursuant to Fed. R. Civ. P. 12(b)(2).

2. OJ Commerce has failed to state a claim upon which relief can be granted against the Defendants, and OJ Commerce's Counterclaim against the Defendants must therefore be dismissed pursuant to Fed. R. Civ. P. 12(b)(6).

3. OJ Commerce has failed to plead against the Defendants with particularity, as is required under Fed. R. Civ. P. 9(b), and therefore the claims fail and must be dismissed.

**WHEREFORE, PREMISES CONSIDERED**, Defendants, Uri Silver, Itamar Aronov, Antonio Hernandez, and Dayana Diaz pray that OJ Commerce's claims against them, including all causes of action asserted in the Counterclaim (D.E. 49), be DISMISSED with prejudice.

**GLANKLER BROWN, PLLC**

By: /s/ S. Joshua Kahane
      S. Joshua Kahane (TN #23726)
Aubrey B. Greer (TN #35613)
Yosef Horowitz (TN #36353)
6000 Poplar Avenue, Suite 400
Memphis, Tennessee, 38119
Phone : (901) 525-1322
Fax : (901) 525-2389
jkahane@glankler.com
agreer@glankler.com
jhorowitz@glankler.com

*Attorneys for Defendants HYC Logistics, Inc., 562 Express, Inc., Itamar Aronov, Uri Silver, Antonio Hernandez, and Dayana Diaz*

## **CERTIFICATE OF SERVICE**

I hereby certify that on November 27, 2023, a copy of the foregoing has been served upon the following by operation of the Court's ECF system and email:

Aaron W. Davis
Valhalla Legal, PLLC
204 West 7th Street, PMB 222
Northfield, MN 55057
davis@valhallalegal.com

Sam Hecht, Esq.
The Law Offices of Shlomo Y. Hecht, P.A.
3076 N Commerce Parkway
Miramar, FL 33025
sam@hechtlawpa.com

/s/    S. Joshua Kahane
S. Joshua Kahane