```
                IN THE UNITED STATES DISTRICT COURT
              FOR THE WESTERN DISTRICT OF TENNESSEE
                         WESTERN DIVISION
```

| | |
|---|---|
| HYC LOGISTICS, INC.,                    ) | |
|     Plaintiff/                          ) | |
|     Counter-Defendant,                  ) | |
|                                         ) | |
| v.                                      ) | No. 23-cv-02050-TLP-tmp |
|                                         ) | |
| JACOB WEISS, INDIVIDUALLY,              ) | |
|     Defendant,                          ) | |
| AND                                     ) | |
| OJCOMMERCE, LLC D/B/A                   ) | |
| OJ COMMERCE, LLC,                       ) | |
|     Defendants/                         ) | |
|     Counter-Plaintiffs,                 ) | |
| v.                                      ) | |
| ITAMAR ARONOV, URI SILVER,              ) | |
| ANTONIO HERNANDEZ,                      ) | |
| DAYANA DIAZ, AND                        ) | |
| 562 EXPRESS, INC.,                      ) | |
|     Counter-Defendants.                 ) | |

**ORDER GRANTING IN PART AND DENYING DEFENDANTS' MOTIONS TO COMPEL DISCOVERY (ECF NOS. 95 AND 111)**

Before the court is defendants' Second Motion to Compel Discovery, filed on January 25, 2024, and Motion to Compel, filed on February 16, 2024. (ECF Nos. 95, 111.) The motions were referred to the undersigned on January 31, 2024, and February

21, 2024, respectively. (ECF Nos. 100, 112.) For the reasons below, the motions are GRANTED IN PART AND DENIED IN PART.

On February 29, 2024, the undersigned conducted an in-person hearing on these motions, where counsel for HYC Logistics, Inc. ("HYC") and the counter-defendants and counsel for OJCommerce, LLC d/b/a OJ Commerce, LLC ("OJCommerce") and Jacob Weiss were present. Regarding OJCommerce's Second Motion to Compel, the undersigned orders first that HYC serve a verified response to the defendants that it has no documents underlying the itemized charges in its invoices. This response must be served by March 5, 2024. Second, the undersigned orders that the parties have until the close of business on March 1, 2024, to agree to keyword search terms that 562 Express, Inc. ("562") must run on its emails from December 2022 for the agreed-upon period of time. Counsel for 562 will then have until March 10, 2024, to review the results and provide the defendants with any other relevant, non-privileged emails he uncovers. Regarding OJCommerce's February 16, 2024 motion, the undersigned orders that HYC provide OJCommerce with dates for the depositions of Eli Schechter, Antonio Hernandez, and Dayana Diaz no later than March 6, 2024. The depositions shall be completed by the discovery deadline of March 29, 2024.

IT IS SO ORDERED.

s/Tu M. Pham
TU M. PHAM
Chief United States Magistrate Judge

February 29, 2024
Date

- 3 -