IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF TENNESSEE
WESTERN DIVISION

---

| | |
|---|---|
| HYC LOGISTICS, INC., | ) |
| | ) |
|     Plaintiff/ | ) |
|     Counter-Defendant, | ) |
| | ) |
| v. | )    No. 23-cv-02050-TLP-tmp |
| | ) |
| JACOB WEISS, INDIVIDUALLY, | ) |
| | ) |
|     Defendant, | ) |
| | ) |
| and | ) |
| | ) |
| OJCOMMERCE, LLC D/B/A | ) |
| OJ COMMERCE, LLC, | ) |
| | ) |
|     Defendants/ | ) |
|     Counter-Plaintiffs, | ) |
| | ) |
| v. | ) |
| | ) |
| ITAMAR ARONOV, URI SILVER, | ) |
| ANTONIO HERNANDEZ, | ) |
| DAYANA DIAZ, and | ) |
| 562 EXPRESS, INC., | ) |
| | ) |
|     Counter-Defendants. | ) |

---

**ORDER REGARDING PENDING DISCOVERY MOTIONS (ECF NOS. 128, 139, 140, AND 142)**

---

Before the court is Counter-Defendants' Motion to Compel, filed on March 15, 2024. (ECF No. 128.) This motion was referred to the undersigned on March 19, 2024. (ECF No. 133.) The undersigned held a hearing on this motion on March 25, 2024. (ECF No. 138.) Before the court is also Defendants' Renewed

Motion to Compel and Counter-Defendant HYC Logistics, Inc.'s ("HYC") Motion for Protective Order, both filed on March 27, 2024. (ECF Nos. 139, 140.) These motions were referred to the undersigned on March 28, 2024. (ECF No. 141.) Also before the undersigned is Counter-Defendant 562 Express, Inc.'s ("562") Motion for Protective Order. (ECF No. 142.) This motion was referred to the undersigned on April 2, 2024. (ECF No. 146.)

The undersigned orders the following regarding these four motions.

As to Counter-Defendants' Motion to Compel the Depositions of Jacob Weiss, OJCommerce, LLC d/b/a OJ Commerce, LLC ("OJCommerce"), and Naomi Home, Inc. ("Naomi Home") (ECF No. 128), the undersigned seeks a status update. During the hearing on March 25, 2024, the parties appeared close to reaching a conditional agreement as to the status of Naomi Home's and Weiss's depositions. The undersigned received several subsequent emails further suggesting the parties were nearing agreement about Naomi Home's deposition being replaced with a declaration. Additionally, the Counter-Defendants have since noticed a deposition for Weiss for April 8, 2024 in Miami, Florida. (ECF No. 143.) The undersigned has heard nothing regarding the deposition of OJCommerce's Rule 30(b)(6) corporate deponent. The parties, either jointly or separately, will update the undersigned regarding the status of the depositions for each of

Weiss, OJCommerce, and Naomi Home no later than Friday, April 5, 2024, at 12:00 p.m. Central Standard Time.

As to HYC's and 562's Motions for Protective Order (ECF Nos. 140, 142), the court received the Defendants' respective responses on March 29, 2024. (ECF Nos. 144, 145.) The undersigned will allow for the respective parties to reply by Friday, April 5, 2024, at 12:00 p.m. Central Standard Time. If the court does not receive these replies, the undersigned will decide these motions on the briefs currently submitted.

As to the Defendants' Motion to Compel regarding additional documents (ECF No. 139), the undersigned notes that the discovery deadline has now passed. (ECF No. 56 at PageID 411.) In the interest of resolving the remaining discovery disputes, the undersigned orders that the Counter-Defendants submit an expedited response no later than Friday, April 5, 2024, at 12:00 p.m. Central Standard Time.

IT IS SO ORDERED.

s/Tu M. Pham_____
TU M. PHAM
Chief United States Magistrate Judge

April 2, 2024_____
Date