# UNITED STATES DISTRICT COURT

**WESTERN** DISTRICT OF **TENNESSEE**

HYC LOGISTICS, INC

v.

O J COMMERCE, LLC

## EXHIBIT AND WITNESS LIST

Case Number: 2:23cv2050-TLP
2:23cv2226-TLP

| PRESIDING JUDGE | PLAINTIFF'S ATTORNEY | DEFENDANT'S ATTORNEY |
|---|---|---|
| Thomas L. Parker | A. Greer, Y. Horowitz, S. Joshua Kahane | N. Bicks, L. Laurenzi, L. Mathew Jehl, S. Hecht |
| TRIAL DATE (S) | COURT REPORTER | COURTROOM DEPUTY |
| 12/16/2024 | Catherine Phillips | Sandra McClain |

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS* AND WITNESSES |
|---|---|---|---|---|---|
| x | | 12/16/2024 | | | **Itamar Aronov** |
| 1 | | 12/16/2024 | x | x | Photo: China Shipping Container (ID ONLY) |
| 2 | | 12/16/2024 | x | x | Photo: Flow Chart of Shipping (ID ONLY) |
| 3 | | 12/16/2024 | x | x | NCBFAA Terms & Conditions of Service |
| 4 | | 12/16/2024 | x | x | Email exchange dated August 1, 2022 |
| 5 | | 12/16/2024 | x | x | Email exchange dated August 24, 2022 |
| 6 | | 12/16/2024 | x | x | Sample Invoice (ID ONLY) |
| 7 | | 12/16/2024 | x | x | Photo of Truck (ID ONLY) |
| 8 | | 12/16/2024 | x | x | HYC Logistics - 311 Invoices (Collective) |
| | | 12/17/2024 | | | **\*\* DAY 2 - CONTINUED WITH PLAINTIFF'S PROOF \*\*** |
| x | | 12/17/2024 | | | **Itamar Aronov, resumed the stand** |
| | 9 | 12/17/2024 | x | x | De Well Container Shipping Inc, - Sea FCL Delivery Order |
| | 10 | 12/17/2024 | x | x | Email Chain dated September 23, 2022 |
| | 11 | 12/17/2024 | x | x | Email Chain dated November 2, 2022 |
| | 12 | 12/17/2024 | x | x | Email Chain dated November 18, 2022 |
| | 13 | 12/17/2024 | x | x | Email Chain dated December 5, 2022 |
| | 14 | 12/17/2024 | x | x | Email Chain dated December 6, 2022 |
| | 15 | 12/17/2024 | x | x | Email Chain dated December 19 2022 |
| | 16 | 12/17/2024 | x | x | Email Chain dated December 12, 2022 |
| | 17 | 12/17/2024 | x | x | Email Chain dated December 12, 2022 |
| | 18 | 12/17/2024 | x | x | Email Chain dated December 14, 2022 |
| x | | 12/17/2024 | | | **Uri Silver** |

\* Include a notation as to the location of any exhibit not held with the case file or not available because of size.

✎AO 187A (Rev. 7/87)          **EXHIBIT AND WITNESS LIST – CONTINUATION**

| HYC LOGISTICS, INC | | vs. | | O J COMMERCE, LLC | CASE NO. 2:23cv2050-TLP & 2:23cv2226-TLP |
|---|---|---|---|---|---|

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| 19 |  | 12/17/2024 | x | x | Letter from Sam Hecht dated December 15, 2022 |
|  | 8A | 12/17/2024 | x | x | Invoices with Bobtails   (Collective) |
|  | 8B | 12/17/2024 | x | x | Invoices with Per Diem (Collective) |
| 20 |  | 12/17/2024 | x | x | Letter from Glanker Brown dated December 28, 2022 |
| 21 |  | 12/17/2024 | X | X | Email dated December 19, 2022 |
| 22 |  | 12/17/2024 | x | x | Email dated December 11, 2022 from Aslam Mohamed |
| 23 |  | 12/17/2024 | x | x | August 2022 through December 2022 Invoice of Total Amounts Due   (ID ONLY) |
|  | 24 | 12/17/2024 | x | x | Email dated January 3, 2023 from Itamar Aronoov |
|  | 25 | 12/17/2024 | x | x | 562 Express Invoices |
|  | 26 | 12/17/2024 | x | x | Email Chain dated November 9, 2022 |
|  | 27 | 12/17/2024 | x | x | Email Chain dated November 10, 2022 |
|  | 28 | 12/17/2024 | x | x | Email Chain dated November 10, 2022 |
|  | 29 | 12/17/2024 | x | x | Email Chain dated November 10, 2022 |
|  | 30 | 12/17/2024 | x | x | Collective Compilation of Emails |
|  | 31 | 12/17/2024 | x | x | Verified Complaint (ID Only) |
|  | 32 | 12/17/2024 | x | x | Declaration of Uri Silver (ID Only) |
|  | 33 | 12/17/2024 | x | x | Print Out of Messages |
|  | 34 | 12/17/2024 | x | x | Certification of APM Terminals Pacific LLC Certifying Records |
|  |  | 12/18/2024 |  |  | **   DAY 3 - CONTINUED WITH PLAINTIFF'S PROOF   ** |
| x |  | 12/18/2024 |  |  | **Jacob Weiss** |
| 35 |  | 12/18/2024 | x | x | De Well Container Shipping Inc, Delivery Orders Collective |
| 36 |  | 12/18/2024 | x | x | Proof of Email Transmission - 2 Pages   (ID Only) |
| 37 |  | 12/18/2024 | x | x | Letter to Frank Castle |
|  | 38 | 12/18/2024 | x | x | Chart re: Container Information |
|  | 39 | 12/18/2024 | x | x | Email from Michael Jackson dated October 5, 2022 |
|  | 40 | 12/18/2024 | x | x | Email from Jacob Weiss dated August 15, 2022 |
|  | 41 | 12/18/2024 | x | x | Email dated August 18, 2022 |

Page   2   of   3   Pages

AO 187A (Rev. 7/87)     **EXHIBIT AND WITNESS LIST – CONTINUATION**

| PLF. NO. | DEF. NO. | DATE OFFERED | MARKED | ADMITTED | DESCRIPTION OF EXHIBITS AND WITNESSES |
|---|---|---|---|---|---|
| | | | | | HYC LOGISTICS, INC vs. O J COMMERCE, LLC — CASE NO. 2:23cv2050-TLP & 2:23cv2226-TLP |
| | | 12/19/2024 | | | **\*\* DAY 4 - CONTINUED WITH PLAINTIFF'S PROOF \*\*** |
| x | | 12/19/2024 | | | **Jacob Weiss resumed the stand** |
| | 42 | 12/19/2024 | x | x | Email to HYC Logistics dated November 2, 2022 |
| | 43 | 12/19/2024 | x | x | Copies of Emails (Collective) |
| | 44 | 12/19/2024 | x | x | Billing Chart (ID Only) |
| | 45 | 12/19/2024 | x | x | Summary of Invoices |
| 46 | | 12/19/2024 | x | x | Email from Eli Schecter dated December 15, 2024 |
| | 44 | 12/19/2024 | x | x | Summary of Invoices |
| | 47 | 12/19/2024 | x | x | Email |
| x | | 12/19/2024 | | | **Uri Silver, recalled** |
| 48 | | 12/19/2024 | x | x | Stipulations |
| | | | | | *s/Ross Herrin* D.C.   *December 20, 2024* |

Page 3 of 3 Pages