# VERDICT FORM

**We, the jury, unanimously answer the questions submitted by the Court as follows:**

**Breach of Contract Claims by Both Parties:**

1.  Did HYC prove by a preponderance of the evidence that OJCommerce committed the first uncured, unwaived material breach of the contract?

    ANSWER: Yes __X__ or No _____

    *If you answered "Yes," what amount of damages, if any, compensates HYC?*

    DAMAGES: $ 587,641.04

    *If you answered "Yes" to Question 1, proceed to Question 3. Otherwise, proceed to Question 2.*

2.  Did OJCommerce prove by a preponderance of the evidence that HYC committed the first uncured, unwaived material breach of the contract?

    ANSWER: Yes _____ or No _____

    *If you answered "Yes," what amount of damages, if any, compensates OJCommerce?*

    DAMAGES: $ _____

    *Proceed to Question 4.*

3.  Do you find by a preponderance of the evidence that HYC properly exercised the lien right?

    ANSWER: Yes __X__ or No _____

    *Proceed to Question 4.*

**Additional Claims Against OJCommerce:**

4.   Did HYC prove by a preponderance of the evidence that OJCommerce committed intentional and/or reckless misrepresentation?

    ANSWER: Yes _____ or No \_\_✗\_\_

*If you answered "Yes," what amount of damages, if any, compensates HYC?*

    DAMAGES: $_____

***Proceed to Question 5.***

5.   Did HYC prove by a preponderance of the evidence that OJCommerce committed promissory fraud?

    ANSWER: Yes _____ or No \_\_✗\_\_

*If you answered "Yes," what amount of damages, if any, compensates HYC?*

    DAMAGES: $_____

***Proceed to Question 6.***

**Claims Against Jacob Weiss:**

6.  Did HYC prove by a preponderance of the evidence that Jacob Weiss committed intentional and/or reckless misrepresentation?

    ANSWER: Yes _____ or No ___X___

    *If you answered "Yes," what amount of damages, if any, compensates HYC?*

    DAMAGES: $_____

*Proceed to Question 7.*


7.  Did HYC prove by a preponderance of the evidence that Jacob Weiss committed promissory fraud?

    ANSWER: Yes _____ or No ___X___

    *If you answered "Yes," what amount of damages, if any, compensates HYC?*

    DAMAGES: $_____

*Proceed to Question 8.*

**Additional Claims Against HYC:**

8.  Did OJCommerce prove by a preponderance of the evidence that HYC engaged in an unfair or deceptive act or practice?

    ANSWER: Yes __X__ or No _____

    *If you answered "Yes," what amount of damages, if any, compensates OJCommerce?*

    DAMAGES: $ 701,508.81

*Proceed to Question 9.*

9.  Did OJCommerce prove by a preponderance of the evidence that HYC committed intentional and/or reckless misrepresentation?

    ANSWER: Yes __X__ or No _____

    *If you answered "Yes," what amount of damages, if any, compensates OJCommerce?*

    DAMAGES: $ 238,279.45

*Proceed to Question 10.*

10. Did OJCommerce prove by a preponderance of the evidence that HYC committed promissory fraud?

    ANSWER: Yes _____ or No __X__

    *If you answered "Yes," what amount of damages, if any, compensates OJCommerce?*

    DAMAGES: $ _____

*If you answered "No" to Question 3, answer Questions 11 and 12. Otherwise, sign this verdict form.*

4

11.     Did OJCommerce prove by a preponderance of the evidence that HYC converted the nine containers?

    ANSWER: Yes _____ or No _____

    *If you answered "Yes," what amount of damages, if any, compensates OJCommerce?*

    DAMAGES: $_____

*Proceed to Question 12.*

**Claim Against 562 Express:**

12.     Did OJCommerce prove by a preponderance of the evidence that 562 Express converted the nine containers?

    ANSWER: Yes _____ or No _____

*If you answered "Yes," what amount of damages, if any, compensates OJCommerce?*

    DAMAGES: $_____

Please sign the jury verdict form and return it to the Court.

**SO SAY WE ALL**

                                                          JURY FOREPERSON

                                                          Dated: 12/20/2024