# IN THE UNITED STATES DISTRICT COURT
# FOR THE WESTERN DISTRICT OF TENNESSEE
# WESTERN DIVISION

| | |
|---|---|
| HYC LOGISTICS INC., ) | |
| ) | |
| Plaintiff, ) | |
| ) | No. 2:23-cv-02050-TLP-tmp |
| v. ) | |
| ) | JURY DEMAND |
| OJCOMMERCE, LLC, doing business as ) | |
| OJ Commerce, LLC, and JACOB WEISS, ) | |
| ) | |
| Defendants. ) | |

## AMENDED JUDGMENT

**JUDGMENT BY THE COURT**. This action came before the Court on Plaintiffs' Complaint, filed on February 2, 2023. (ECF No. 1.) The Court conducted a trial by jury, and the jury duly rendered its verdict on December 20, 2024. (ECF No. 302.) The Court then entered Judgment on February 12, 2025. (ECF No. 314.) The Parties filed post-Judgment motions. (ECF Nos. 303, 304, 310.) And the Court entered its Order on Post-Trial Motions. (ECF No. 342.)

**IT IS ORDERED, ADJUDGED, AND DECREED** that, in accordance with the jury verdict and the Order on Post-Trial Motions, an Amended Judgment is entered: (1) in favor of HYC and against OJCommerce in the amount of $587,641.04 for the first uncured, unwaived material breach of the contract; (2) in favor of HYC on the question of whether it properly exercised its lien right; (3) in favor of OJCommerce on HYC's claim that OJCommerce committed intentional and/or reckless misrepresentation; (4) in favor of OJCommerce on HYC's claim that OJCommerce committed promissory fraud; (5) in favor of Jacob Weiss on HYC's claim that Jacob Weiss committed intentional and/or reckless misrepresentation; (6) in favor of Jacob

Weiss on HYC's claim that Jacob Weiss committed promissory fraud; (7) in favor of HYC on OJCommerce's claim that HYC engaged in an unfair or deceptive act or practice; (8) in favor of OJCommerce and against HYC in the amount of $238,279.45 for intentional and/or reckless misrepresentation; and (9) in favor of HYC on OJCommerce's claim that HYC committed promissory fraud.[1]

**APPROVED:**

s/Thomas L. Parker
THOMAS L. PARKER
UNITED STATES DISTRICT JUDGE

July 10, 2025
Date

---

[1] The Court addresses the claims against 562 Express, Inc. by separate judgment in consolidated case *OJ Commerce, LLC v. 562 Express, Inc.*, 2:23-cv-02226-TLP-atc.